IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-4181

PAUL ZIEMBA, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiffs,

v.

BANNER LIFE INSURANCE COMPANY,

and

ABE AL-FROUKH

Defendants.

---

**ORDER GRANTING DEFENDANT BANNER LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, FILE A PROPOSED SCHEDULING ORDER, AND FILE ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

THE COURT, having reviewed Defendant Banner Life Insurance Company's ("Banner") unopposed motion (the "Motion") for a 30-day extension of time (a) up to and including **December 10, 2026**, to answer or otherwise respond to the Complaint; and (b) up to and including **December 2, 2026**, to file a Proposed Scheduling Order and the parties' Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED;

FURTHER ORDERS that Banner has up to and including **December 10, 2026**, to answer or otherwise respond to the Complaint; and

FURTHER ORDERS that Banner has up to and including **December 2, 2026**, to file a Proposed Scheduling Order and the parties' Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction.

SO ORDERED this ______ day of October 2026.

________________________________________
United States Magistrate Judge
Maritza Dominguez Braswell